UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| GRUBER, JACK H. ) | | Case No. 08-13241-ERW |
| GRUBER, MARY M. ) | | |
| Debtor(s). ) | | Hon. EUGENE R. WEDOFF |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 744, CHICAGO, IL 60604

   On: **June 30, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                                                 $161,445.56

   Disbursements                                                            $41,180.45

   Net Cash Available for Distribution                                      $120,265.11

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO *Trustee Compensation* | $0.00 | $11,322.28 | $0.00 |

| | | | |
|---|---|---|---|
| DLA PIPER LLP (US)<br>*Attorney for Trustee* | $0.00 | $2,885.00 | $35.70 |
| POPOWCER KATTEN, LTD.<br>*Accountant for Trustee* | $0.00 | $1,354.50 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $6,967,974.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.5000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Progressive Bank | $54,750.54 | $822.42 |
| 000002 | Mintaka Financial LLC | $908,865.01 | $13,652.28 |
| 000004 | Capital One, NA | $136,175.14 | $2,045.52 |
| 000005 | Chase Bank USA | $19,728.79 | $296.35 |
| 000006 | Chase Bank USA | $29,094.60 | $437.04 |
| 000007 | American Express Centurion Bank | $54,745.93 | $822.35 |
| 000008 | Dutch Oil Company, Inc. | $679,066.86 | $10,200.43 |
| 000009 | World Fuel Services, Inc. | $857,286.97 | $12,877.51 |
| 000010 | Robert Hitchcock | $439,003.00 | $6,594.37 |
| 000011B | State Bank & Trust Company | $1,868,965.43 | $28,074.18 |
| 000012 | GE Capital Solutions | $1,920,292.33 | $28,845.18 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| RUSSELL INVESTMENTS | $150,000.00 |

Dated: May 27, 2009                                              For the Court,

                                                            By:  /s/ Philip V. Martino
                                                                 Philip V. Martino, Trustee

Trustee:     Philip V. Martino
Address:     203 North Lasalle Street
             Suite 1800
             Chicago, IL  60601
Phone No.:   (312) 368-2165

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                 Page 1 of 2                  Date Rcvd: May 28, 2009
Case: 08-13241                 Form ID: pdf006              Total Served: 37


The following entities were served by first class mail on May 30, 2009.
db/jdb        +Jack H. Gruber,    Mary M. Gruber,    1147 Webster Avenue,    Chicago, IL 60614-3529
aty           +DLA Piper US LLP,    203 N Lasalle Street,,    Ste 1900,    Chicago, IL 60601-1263
aty           +Deborah M Gutfeld,    Neal, Gerber & Eisenberg LLP,    2 N LaSalle Street,    Suite 2200,
                Chicago, IL 60602-3963
aty           +James R Irving,    DLA Piper LLP US,    203 North LaSalle Street,    Chicago, IL 60601-1267
aty           +Janice A Alwin,    Barack Ferrazzano Kirschbaum & Nagelberg,    200 W Madison St, Ste 3900,
                Chicago, IL 60606-3459
aty           +Marc I Fenton,    Neal, Gerber & Eisenberg LLP,    2 North LaSalle Street,    Suite 2200,
                Chicago, IL 60602-3963
aty           +Philip V Martino, ESQ,    DLA Piper US LLP,    203 N Lasalle Street,    Suite 1900,
                Chicago, IL 60601-1263
aty           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson et al,    321 N Clark Street  Suite 800,
                Chicago, IL 60654-4766
tr            +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
                Chicago, IL 60601-1264
12264982       American Express,    PO Box 650448,    Dallas, TX  75265-0448
12506392       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12277997      +B&K Bank,    Attn: Alice Parkerson,    2150 S Frontage Rd,    Vicksburg, MS 39180-5266
12500282      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
12264997      +Capital Connection Funding I, LLC,    934 Broadway, Suite 300,    Tacoma, WA 98402-4414
12294092      +Capital Indemnity Corporation and,    Platte River Insurance Company,
                1301 Hightower Trail, SU 370,    Atlanta, GA 30350-2983
12264999      +Capital One, NA,    Attn: Richetta Becknel,    Bank Legal Department,
                201 St Charles Avenue 26th Floor,    New Orleans, LA 70170-1000
12265000       Chase Bank,    Cardmember Services,    PO Box 15153,    Wilmington, DE  19886-5153
12558184       Dutch Oil Company, Inc.,    c/o Michael D. Tapscott, Esq.,    Holland, Ray, Upchurch & Hillen, P.A.,
                P. O. Drawer 409,    Tupelo, Mississippi 38802-0409
12277998      +GE Capital Solutions,    Attn: Anton Tratar,    10900 NE 4th St Suite 500,
                Bellevue, WA 98004-5853
12265001      +Glenview State Bank,    800 Waukegan Road,    Glenview, IL 60025-4310
12265002      +John A. Moak,    2312 Cherry Street,    Vicksburg, MS 39180-4104
12265003       Mintaka Financial LLC,    c/o Gregory R. Fox, Esq.,    1420 5th Avenue, Suite 4100,
                Seattle, WA  98101-2375
12265004      +Moak Petroleum Products, Inc.,    600 Depot Street,    Vicksburg, MS 39180-3506
12265005       National City Mortgage, as assignee,    of Mid America bank,    PO Box 533510,
                Atlanta, GA  30353-3510
12277999      +Progressive Bank,    PO Box 1000,    Winnsboro, LA 71295-1000
12265006      +Richard W. Leake,    3470 Rabbits Foot Trail,    Lexington, KY 40503-3744
12278001       River Hills Bank,    Attn: Tommy Duran,    1400 Hwy 61 North,    Vickburg, MS 39183-3413
12294093       River Hills Bank,    Atn: Tommy Duran,    1400 Hwy 61 North,    Omaha, NE  69183
12265007      +Robert Hitchcock,    4621 62nd Avenue West,    University Place, WA 98466-6335
12265008      +Russell Investments,    909 A Street,    Tacoma, WA 98402-5111
12265009       State Bank & Trust Company,    c/o Kristina M. Johnson,    PO Box 427,    Jackson, MS  39205-0427
12531846       State Bank & Trust Company,    c/o Kristina M. Johnson, Esq.,    P. O. Box 427,
                Jackson, MS  39205-0427
12265010      +The Dutch Group,    730 Alabama Street,    PO Box 2323,    Columbus, MS 39704-2323
12265011       United Mileage Plus,    PO Box 15153,    Wilmington, DE  19850-5153
12265012       World Fuel,    0900 NW 41st, Suite 400,    Miami, FL  33178
12591279      +World Fuel Services, Inc.,    c/o Peter H. Levitt,    Shutts & Bowen LLP,
                201 South Biscayne Blvd., Suite 1500,    Miami, FL 33131-4308
The following entities were served by electronic transmission on May 29, 2009.
12278000      +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com                           Regions Bank,    PO Box 2224,
                Birmingham, AL 35246-0001
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             David J Pivnick
12278002*      +Robert Hitchcock,    4621 62nd Avenue West,    University Place, WA 98466-6335
                                                                                              TOTALS: 1, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: froman            Page 2 of 2            Date Rcvd: May 28, 2009
Case: 08-13241                Form ID: pdf006         Total Served: 37

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2009**            **Signature:** _/s/ Joseph Speetjens_