# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| In re: | § | Case No. 08-13241 |
|---|---|---|
| GRUBER, JACK H. | § | |
| GRUBER, MARY M. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor

   Leaving a balance on hand of                                   $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of

claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____$ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $_____$ as interim compensation and now requests a sum of $_____$ , for a total compensation of $_____$ . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_$ , and now requests reimbursement for expenses of $\_\_\_$ , for total expenses of $\_\_\_$ .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-13241 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | GRUBER, JACK H. | | | Date Filed (f) or Converted (c): | 05/23/08 (f) |
| | GRUBER, MARY M. | | | 341(a) Meeting Date: | 06/19/08 |
| For Period Ending: | 07/02/09 | | | Claims Bar Date: | 10/16/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1147 WEBSTER AVENUE, CHICAGO | 1,287,250.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Hand | 300.00 | 0.00 | | 0.00 | FA |
| 3. Washington Mutual Bank 8315 | 18,000.00 | 0.00 | | 0.00 | FA |
| 4. Washington Mutual 7527 | 780.00 | 0.00 | | 0.00 | FA |
| 5. Washington Mutual 0760 | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Utility Deposit | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 10,765.00 | 0.00 | | 0.00 | FA |
| 8. Assorted Books and pictures | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. WEARING APPAREL | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. JEWELRY | 2,500.00 | 0.00 | | 0.00 | FA |
| 11. GOLF CLUBS | 250.00 | 0.00 | | 0.00 | FA |
| 12. NORTHWESTER MUTUAL LIFE INSURANCE | 100,000.00 | 0.00 | | 0.00 | FA |
| 13. IDAHO TRUST IRA | 860,000.00 | 0.00 | | 7,500.00 | FA |
| Settlement of exemptions: Debtor is allowed reasonable exemption. $7,500 owed to the bankruptcy estate. | | | | | |
| 14. RUSSELL INVESTMENTS | 150,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 15. SEC LICENSES | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2007 MERCEDES BENZ | 45,000.00 | 17,550.00 | | 41,000.00 | FA |
| Exemption withdrawn. | | | | | |
| 17. Sales and Performance Commissions (u) | 0.00 | 12,205.70 | | 12,205.70 | FA |
| 18. Settlement and Compromise Order of 9/17/08 | 0.00 | 0.00 | | 100,686.20 | FA |
| This Order sold back to Debtors their bank accounts, utility deposits, household goods, books, pictures and art, wearing apparel, jewelry, sporting goods and life insurance policies, all of which were scheduled | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 73.10 | Unknown |

Case 08-13241    Doc 140    Filed 07/08/09    Entered 07/08/09 10:10:44    Desc Main
Document      Page 4 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 08-13241 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | GRUBER, JACK H. | | | Date Filed (f) or Converted (c): | 05/23/08 (f) |
| | GRUBER, MARY M. | | | 341(a) Meeting Date: | 06/19/08 |
| | | | | Claims Bar Date: | 10/16/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $2,485,845.00 | $29,755.70 | | $161,465.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 06/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-13241 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRUBER, JACK H. | | Bank Name: | BANK OF AMERICA, N.A. |
| | GRUBER, MARY M. | | Account Number / CD #: | *******6119  BofA - Money Market Account |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 07/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/04/08 | | Chicago Liquidators | Sale of Estate Assets | | 19,621.03 | | 19,621.03 |
| | 16 | CHICAGO LIQUIDATORS/RAFAIL MOSHEYEV | Memo Amount:      41,000.00 | 1129-000 | | | |
| | | | Gross Sale amount for Mercedes | | | | |
| | | GLENVIEW STATE BANK | Memo Amount:    ( 17,278.97 ) | 4210-000 | | | |
| | | | GSB Lien | | | | |
| | | CHICAGO LIQUIDATORS | Memo Amount:    ( 4,100.00 ) | 3630-000 | | | |
| | | | Commission on Sale | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.00 | | 19,623.03 |
| 09/03/08 | 17 | Jack and M. Martha Gruber | | 1229-000 | 12,205.70 | | 31,828.73 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.51 | | 31,832.24 |
| 10/03/08 | 18 | Jack and M. Martha Gruber | | 1129-000 | 100,686.20 | | 132,518.44 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.94 | | 132,528.38 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.86 | | 132,539.24 |
| 12/09/08 | 000301 | DLA Piper LLP (US) | $308.11 in Lexis fees denied for now--request again if above normal Lexis firm charges. | | | 19,801.48 | 112,737.76 |
| | | | Fees          19,743.50 | 3110-000 | | | 112,737.76 |
| | | | Expenses          57.98 | 3120-000 | | | 112,737.76 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 6.64 | | 112,744.40 |
| 01/20/09 | 13 | Jack H. and Martha Gruber | Settlement of Exemption Claims | 1129-000 | 7,500.00 | | 120,244.40 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.93 | | 120,246.33 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.84 | | 120,248.17 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 7.06 | | 120,255.23 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 9.88 | | 120,265.11 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.21 | | 120,275.32 |
| 06/29/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 9.23 | | 120,284.55 |
| 06/29/09 | | Transfer to Acct #*******0373 | Final Posting Transfer | 9999-000 | | 120,284.55 | 0.00 |

Page Subtotals      140,086.03      140,086.03

Ver: 14.31a

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-13241 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | GRUBER, JACK H. | | Bank Name: | BANK OF AMERICA, N.A. |
| | GRUBER, MARY M. | | Account Number / CD #: | *******6119  BofA - Money Market Account |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 07/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 41,000.00 | COLUMN TOTALS | 140,086.03 | 140,086.03 | 0.00 |
| Memo Allocation Disbursements: | 21,378.97 | Less:  Bank Transfers/CD's | 0.00 | 120,284.55 | |
| | | Subtotal | 140,086.03 | 19,801.48 | |
| Memo Allocation Net: | 19,621.03 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 140,086.03 | 19,801.48 | |

Page Subtotals          0.00          0.00

Ver: 14.31a

LFORM24
UST Form 101-7-TFR (4/1/2009) *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 08-13241 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | GRUBER, JACK H. | | Bank Name: | BANK OF AMERICA, N.A. |
| | GRUBER, MARY M. | | Account Number / CD #: | *******0373  BofA - Checking Account |
| Taxpayer ID No: | *******4041 | | | |
| For Period Ending: | 07/02/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/09 | | Transfer from Acct #*******6119 | Transfer In From MMA Account | 9999-000 | 120,284.55 | | 120,284.55 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 120,284.55 | 0.00 | 120,284.55 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 120,284.55 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 41,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 21,378.97 | BofA - Money Market Account - ********6119 | 140,086.03 | 19,801.48 | 0.00 |
| | | BofA - Checking Account - ********0373 | 0.00 | 0.00 | 120,284.55 |
| Total Memo Allocation Net: | 19,621.03 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 140,086.03 | 19,801.48 | 120,284.55 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      120,284.55      0.00

Ver: 14.31a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-13241 | | Page 1 | | Date: July 02, 2009 |
| Debtor Name: | GRUBER, JACK H. | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, Ltd.<br>Lois West | Administrative | | $1,354.50 | $0.00 | $1,354.50 |
| 001<br>3110-00 | DLA Piper LLP (US) | Administrative | | $1,967.70 | $0.00 | $1,967.70 |
| 000001<br>070<br>7100-00 | Progressive Bank<br>PO Box 1000<br>Winnsboro, LA 71295 | Unsecured | | $54,750.54 | $0.00 | $54,750.54 |
| 000002<br>070<br>7100-00 | Mintaka Financial LLC<br>c/o Gregory R. Fox, Esq.<br>1420 5th Avenue, Suite 4100<br>Seattle, WA  98101-2375 | Unsecured | | $908,865.01 | $0.00 | $908,865.01 |
| 000004<br>070<br>7100-00 | Capital One, NA<br>Attn: Richetta Becknel<br>Bank Legal Department<br>201 St Charles Avenue 26th Floor<br>New Orleans, LA 70170 | Unsecured | | $136,175.14 | $0.00 | $136,175.14 |
| 000005<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $19,728.79 | $0.00 | $19,728.79 |
| 000006<br>070<br>7100-00 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $29,094.60 | $0.00 | $29,094.60 |
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $54,745.93 | $0.00 | $54,745.93 |
| 000008<br>070<br>7100-00 | Dutch Oil Company, Inc.<br>c/o Michael D. Tapscott, Esq.<br>Holland, Ray, Upchurch & Hillen, P.A.<br>P. O. Drawer 409<br>Tupelo, Mississippi 38802-0409 | Unsecured | | $679,066.86 | $0.00 | $679,066.86 |
| 000009<br>070<br>7100-00 | World Fuel Services, Inc.<br>c/o Peter H. Levitt<br>Shutts & Bowen LLP<br>201 South Biscayne Blvd., Suite 1500<br>Miami, FL  33131 | Unsecured | | $857,286.97 | $0.00 | $857,286.97 |
| 000010<br>070<br>7100-00 | Robert Hitchcock<br>4621 62nd Avenue West<br>University Place, WA  98467 | Unsecured | | $439,003.00 | $0.00 | $439,003.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-13241 | | Page 2 | | | Date: July 02, 2009 |
| Debtor Name: | GRUBER, JACK H. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011A 070 7100-00 | State Bank & Trust Company c/o Kristina M. Johnson PO Box 427 Jackson, MS  39205-0427 | Unsecured | | $1,868,965.43 | $0.00 | $1,868,965.43 |
| 000011B 070 7100-00 | State Bank & Trust Company c/o Kristina M. Johnson PO Box 427 Jackson, MS  39205-0427 | Unsecured | | $1,868,965.43 | $0.00 | $1,868,965.43 |
| 000012 070 7100-00 | GE Capital Solutions Attn: Anton Tratar 10900 NE 4th St Suite 500 Bellevue, WA 98004 | Unsecured | | $1,920,292.33 | $0.00 | $1,920,292.33 |
| 000003 050 4210-00 | Glenview State Bank 800 Waukegan Road Glenview, IL  60025 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $8,840,262.23 | $0.00 | $8,840,262.23 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-13241
Case Name: GRUBER, JACK H.
            GRUBER, MARY M.
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: PHILIP V. MARTINO* | $_____ | $_____ |
| *Attorney for trustee: DLA Piper LLP (US)* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant: Popowcer Katten, Ltd.* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |
| *Fees:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |
| *Other:* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Progressive Bank* | $ | $ |
| *000002* | *Mintaka Financial LLC* | $ | $ |
| *000004* | *Capital One, NA* | $ | $ |

UST Form 101-7-TFR (4/1/2009) *(Page: 11)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *CHASE BANK USA* | $ | $ |
| *000006* | *CHASE BANK USA* | $ | $ |
| *000007* | *American Express Centurion Bank* | $ | $ |
| *000008* | *Dutch Oil Company, Inc.* | $ | $ |
| *000009* | *World Fuel Services, Inc.* | $ | $ |
| *000010* | *Robert Hitchcock* | $ | $ |
| *000011B* | *State Bank & Trust Company* | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .